(March 31, 1955.)

W. T. ROYSTON COMPANY et al., v. JOSEPH J. MASOUCH.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Bastow and Rabin, JJ. [See *ante*, p. 880.]

In the Matter of RICHARD C. AIKENHEAD, JR., an Attorney.— Respondent disbarred. Present — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ.

## SECOND DEPARTMENT, MARCH, 1955.

### (March 1, 1955.)

In the Matter of EUGENE F. CONNAUGHTON et al., Respondents, against OSCAR M. TAYLOR et al., Constituting the New York State Civil Service Commission, Appellants, et al., Defendants.— Motion to dismiss appeal and for other relief denied, without costs. This determination is without prejudice to a renewal of the motion to dismiss the appeal on the argument. Present — Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ. [See *post*, p. 1167.]

### (March 7, 1955.)

ALBERT A. AYUSO, Appellant, v. LANE FOODS, INC., Respondent.— In an action to recover damages for personal injuries sustained by plaintiff as the result of a fall in the vestibule leading to defendant's cafeteria, because of the alleged presence of an icy condition, plaintiff appeals from a judgment entered on a verdict in favor of defendant. Judgment unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Wenzel, Schmidt, Beldock and Ughetta, JJ.

CONSUMERS INDUSTRIES, INC., Respondent, v. ABC INSULATION CO., INC., Appellant.— In an action to recover the value of use and occupation of certain premises, defendant appeals from orders granting summary judgment and from the judgment. Orders and judgment unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Nolan, P. J., MacCrate, Schmidt, Beldock and Murphy, JJ. [See *post*, p. 975.]

ARTHUR GRENARD, Appellant, v. WILLIAM LINTZ, Respondent. WILLIAM LINTZ, Plaintiff, v. ARTHUR GRENARD, Defendant. (Consolidated action.) — In a consolidated action, the Official Referee to whom the action was referred to hear and determine directed that appellant's complaint for rescission of a contract be dismissed and that respondent recover overdue installments on that contract. The appeals are from the judgment entered on the Official Referee's decision and from an order denying appellant's motion for a new trial. Judgment and order unanimously affirmed, with costs. No opinion. Present — Nolan. P. J., MacCrate, Schmidt, Beldock and Murphy, JJ. [See *post*, p. 1060.]

FAYE HELLER, Respondent, v. STANLEY J. SMITH, Appellant.— In an action to recover damages for personal injuries sustained by plaintiff when she fell down a flight of stairs in defendant's building allegedly due to a torn mat, defendant appeals from a judgment entered on the verdict of a jury in favor of plaintiff. Judgment unanimously affirmed, with costs. No opinion. Present — Wenzel, Acting P. J., MacCrate, Beldock, Murphy and Ughetta, JJ.